469 A.2d 301

Commonwealth v. Velez, Appellant.

Submitted October 7, 1983. Joel Every, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, MONTGOMERY and CERCONE, JJ.

Counsel's petition for leave to withdraw is denied and counsel is directed to file an advocate's brief.

Jurisdiction of this court and this panel is retained.

469 A.2d 301

Endsley v. Endsley, Jr., Appellant.

Argued September 29, 1983. Gary P. Caruso, for appellant; Ralph C. Warman, for appellee.

Before BROSKY, McEWEN and BECK, JJ.

Order of the lower court is affirmed.